# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JILL WARREN, | ) | |
| Plaintiff, | ) | 2:10-CV-01995-PMP-LRL |
| vs. | ) | **ORDER** |
| NYE COUNTY SCHOOL DISTRICT; NYE COUNTY CLASSROOM REACHERS ASSOCIATION; NYE COUNTY, | ) ) ) ) ) | |
| Defendants. | ) | |

The Court having read and considered Defendant Nye County Classroom Teachers Association's Motion to Dismiss Plaintiff's Fifth and Sixth Causes of Action for Lack of Jurisdiction and/or Failure to State a Claim (Doc. #10), filed on December 14, 2010, and Plaintiff having failed to file a timely response in opposition thereto, and good cause appearing,

**IT IS ORDERED that** Defendant Nye County Classroom Teachers Association's Motion to Dismiss Plaintiff's Fifth and Sixth Causes of Action for Lack of Jurisdiction and/or Failure to State a Claim (Doc. #10) is **GRANTED**, and that Plaintiff Jill Warren's action is hereby dismissed as to Defendant Nye County Classroom Teachers Association.

DATED:  January 6, 2011

_____
PHILIP M. PRO
United States District Judge