STOVALL & ASSOCIATES
Leslie Mark Stovall, Esq.
Nevada Bar No. 2566
Alexander G. LeVeque, Esq.
Nevada Bar No. 11183
3216 W. Charleston Blvd., Ste. B
Las Vegas, NV 89102
(702) 258-3034
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JILL WARREN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NYE COUNTY SCHOOL DISTRICT;<br>NYE COUNTY CLASSROOM<br>TEACHERS ASSOCIATION; NYE<br>COUNTY; DOES I-X and ROE<br>CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:10-CV-01995 PMP-LRL<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT IN ITS ENTIRETY WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the remaining parties hereto, through their respective counsel of record, that Plaintiff JILL WARREN's Complaint, and all related claims in the above-entitled action against the remaining Defendant, NYE COUNTY SCHOOL DISTRICT, shall be dismissed with prejudice, each party to bear their own attorney's fees and costs.

IT IS FURTHER STIPULATED AND AGREED that all pending pre-trial motions are vacated.

DATED: January 21, 2011                         DATED: January 21, 2011

STOVALL & ASSOCIATES                      ERICKSON, THORPE & SWAINSTON, Ltd.

/s/ Alexander G. LeVeque, Esq.                  /s/ Rebecca Bruch, Esq.
ALEXANDER G. LEVEQUE, ESQ.           REBECCA BRUCH, ESQ.
Nevada Bar No. 11183                              Nevada Bar No. 7278
3216 W. Charleston Blvd., Ste. B                99 West Arroyo Street
Las Vegas, Nevada 89102                          Reno, Nevada 89505
Attorneys for Jill Warren                            Attorneys for Nye County School District
(702) 258-3034                                           (775) 786-3930

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff JILL WARREN's Complaint and all related claims in the above-entitled action against the remaining Defendant, Nye County School District, are hereby DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs.

IT IS FURTHERED ORDERED, ADJUDGED AND DECREED that all pending pre-trial motions are vacated.

DATED: January 25, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted:

STOVALL & ASSOCIATES

By  /s/ Alexander G. LeVeque, Esq.
    ALEXANDER G. LEVEQUE, ESQ.
    Nevada Bar No. 11183
    3216 W. Charleston Blvd., Ste. B
    Las Vegas, Nevada 89102
    (702) 258-3034
    Attorneys for Plaintiff Jill Warren